# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

U.S.A. vs. Aaron Nicholas, Jr.                         Docket No. 5:01-CR-229-1BO

## Petition for Action on Probation

COMES NOW Nikki Allen, probation officer of the court, presenting a petition for modification of the judgment of Aaron Nicholas, Jr., who, upon an earlier plea of guilty to 21 U.S.C. § 841 (a)(1) Distribution Of At Least 50 Grams Of Cocaine Base (Crack) and 18 U.S.C. § 924(c) (1) (A) Use and Carry A Firearm In Furtherance Of A Drug Trafficking Crime, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 13, 2002, to the custody of the Bureau Of Prisons for 195 months to be followed by five years of supervised release. He was released from custody on September 27, 2013.

Nicholas has requested a transfer of supervision to the District of North Dakota. The United States Probation Office in North Dakota has agreed to accept supervision, but has requested that the court add an alcohol abstinence condition.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is currently supervised in the Eastern District of North Carolina. A request to transfer supervision to the District of North Dakota has been approved pending a modification to the conditions of supervision to include an alcohol abstinence condition. The defendant signed a waiver agreeing to the proposed modification.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/ Nikki Allen |
| Robert K. Britt | Nikki Allen |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: November 01, 2013 |

## ORDER OF COURT

Considered and ordered this __2__ day of __November__, 2013, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge